**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:TUAN A. NGUYEN | § | Case No. 05-47464-H4-7 |
| KHANH T. NGUYEN | § | |
| | § | Chapter 7 |
| | § | |
| | § | MOTION TO PAY FUNDS INTO |
| | § | THE REGISTRY UNDER |
| Debtor(s). | § | 11 U.S.C. §347 (a) |

The undersigned trustee reports:

_____  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__x__  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: 03/07/11

/S/_____
Ben B. Trustee
700 Louisiana, Suite 4600
Houston, Texas 77002

EXHIBIT "A"

PLEASE CHECK ONE:

\_\_\_\_\_Small Dividends

\_X\_\_ Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Abendroth & russel PC<br>2536 73rd Street<br>Urbandale, Iowa 50322-4700 | 7 | $548.65 |
| **TOTAL:** | | **$548.65** |